UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IGOR VEDERNIKOV,

        Plaintiff,

v.

ATLANTIC CREDIT & FINANCE, INC. &
MIDLAND FUNDING, LLC,

        Defendants.

**ORDER**

Civil Action No. 18-15273 (MAS) (TJB)

IGOR VEDERNIKOV,

        Plaintiff,

v.

OLIPHANT FINANCIAL, LLC,

        Defendant.

Civil Action No. 18-17365 (MAS) (DEA)

    This matter comes before the Court upon the Court's review of the parties' submissions in response to the Court's Order to Show Case filed in *Vedernikov v. Atlantic Credit & Finance, Inc. & Midland Funding, LLC* (*Vedernikov I*), No. 18-15273 (D.N.J.) and *Vedernikov v. Oliphant Financial, LLC* (*Vedernikov II*), No. 18-17365 (D.N.J.). (*Vedernikov I*, ECF No. 23; *Vedernikov II*, ECF No. 15.) Plaintiff Igor Vedernikov responded. (*Vedernikov I*, ECF No. 24; *Vedernikov II*, ECF No. 16.) Defendants Atlantic Credit & Finance, Inc. and Midland Funding, LLC responded. (*Vedernikov I*, ECF No. 25.) For the reasons set forth in the accompanying Memorandum Opinion,

    **IT IS** on this 30th day of August, 2019, **ORDERED** that:

    1.   *Vedernikov v. Atlantic Credit & Finance, Inc. & Midland Funding, LLC*, No. 18-15273 (D.N.J.) is **DISMISSED** with prejudice.

2. *Vedernikov v. Oliphant Financial, LLC*, No. 18-17365 (D.N.J.) is **DISMISSED** with prejudice.

s/ Michael A. Shipp
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**